

United States District Court
Eastern District of California

| | |
|---|---|
| Placer County Water Agency | |
| Plaintiff(s) | Case Number: 2:25-cv-00483-TLN-SCR |
| V. | |
| National Union Fire Insurance Company of Pittsburg | APPLICATION FOR PRO HAC VICE AND ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Elizabeth F. Ahlstrand hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendant National Union Fire Insurance Company of Pittsburgh, Pa.

On 10/25/2006 (date), I was admitted to practice and presently in good standing in the State of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: 06/12/2026     Signature of Applicant: /s/ Elizabeth F. Ahlstrand

U.S. District Court – Pro Hac Vice Application     Page 1
Revised July 6, 2021

**Pro Hac Vice Attorney**

Applicant's Name: Elizabeth F. Ahlstrand

Law Firm Name: Squire Patton Boggs (US) LLP

Address: 1120 Avenue of the Americas, 13th Floor

City: New York    State: NY    Zip: 10036

Phone Number w/Area Code: (212) 872-9800

City and State of Residence: New York, NY

Primary E-mail Address: elizabeth.ahlstrand@squirepb.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Melanie P. Cockrum

Law Firm Name: Squire Patton Boggs (US) LLP

Address: 550 California Street, Suite 1100

City: San Francisco    State: CA    Zip: 94104

Phone Number w/Area Code: (415) 954-0200    Bar # 323685

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 12, 2026

JUDGE, U.S. DISTRICT COURT