Squire Patton Boggs (US) LLP
Elizabeth F. Ahlstrand (Admitted Pro Hac Vice)
elizabeth.ahlstrand@squirepb.com
1120 Avenue of the Americas, 13th Floor
New York, New York 10036
Telephone: +1 212 872 9800
Facsimile: +1 212 872 9815

Marisol C. Mork (State Bar # 265170)
marisol.mork@squirepb.com
555 South Flower Street, 31st Floor
Los Angeles, CA 90071
Telephone: +1 213 624 2500
Facsimile: +1 213 623 4581

Melanie P. Cockrum (State Bar # 323685)
melanie.cockrum@squirepb.com
550 California Street, Suite 1100
San Francisco, California 94104
Telephone: +1 415 954 0200
Facsimile: +1 415 393 9887

Attorneys for Defendant NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PLACER COUNTY WATER AGENCY,

Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

Defendant.

Case No. 2:25-cv-00483-TLN-SCR

**ORDER GRANTING JOINT STIPULATION AND REQUEST TO CONTINUE FACT DISCOVERY DEADLINE**

**ORDER**

Having considered the Parties' Joint Stipulation and Request to Continue the Fact Discovery Deadline (ECF No. 29) and finding that good cause exists pursuant to Federal Rule of Civil Procedure 16(b), the fact discovery deadline as set forth in the Initial Pretrial Scheduling Order is CONTINUED to **January 7, 2027**. All other deadlines shall remain as stated in the Initial Pretrial Scheduling Order.

**IT IS SO ORDERED.**

Dated: July 15, 2026

Troy L. Nunley
Chief United States District Judge